FORM 8A. Entry of Appearance  Form 8A (p.1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2023-1922

**Short Case Caption:** BearBox LLC v. Lancium LLC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Plaintiffs-Appellants BearBox LLC and Austin Storms

| **Principal Counsel:** Benjamin T. Horton | Admission Date: 2/17/11 |
|---|---|
| Firm/Agency/Org.: Marshall, Gerstein & Borun LLP | |
| Address: 233 S. Wacker Dr., Suite 6300, Chicago, IL 60606 | |
| Phone: 312-474-9575 | Email: bhorton@marshallip.com |
| **Other Counsel:** John R. Labbe | Admission Date: 3/26/09 |
| Firm/Agency/Org.: Marshall, Gerstein & Borun LLP | |
| Address: 233 S. Wacker Dr., Suite 6300, Chicago, IL 60606 | |
| Phone: 312-474-9579 | Email: jlabbe@marshallip.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 6/5/23        Signature: /s/ Benjamin T. Horton

Name: Benjamin T. Horton

**FORM 8A. Entry of Appearance**                                                Form 8A (p.2)
July 2020

### [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Raymond R. Ricordati, III | Admission Date: 5/28/18 |
|---|---|
| Firm/Agency/Org.: Marshall, Gerstein & Borun LLP | |
| Address: 233 S. Wacker Dr., Suite 6300, Chicago, IL 60606 | |
| Phone: 312-474-6617 | Email: rricordati@marshallip.com |
| **Other Counsel:** Chelsea M. Murray | Admission Date: 1/31/23 |
| Firm/Agency/Org.: Marshall, Gerstein & Borun LLP | |
| Address: 233 S. Wacker Dr., Suite 6300, Chicago, IL 60606 | |
| Phone: 312-423-3463 | Email: cmurray@marshallip.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |