FORM 26. Docketing Statement                                        Form 26 (p. 1)
                                                                    July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2023-1922

**Short Case Caption:** BearBox LLC v. Lancium LLC

**Filing Party/Entity:** Plaintiffs-Appellants BearBox LLC and Austin Storms

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| District of Delaware | 1:21-cv-00534 | Patent |

**Relief sought on appeal:** ☐ None/Not Applicable

Reverse and/or vacate the district court's final judgment denying correction of inventorship of U.S. Patent No. 10,608,433 and dismissing Plaintiffs' claim of conversion, and remand for further proceedings.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

The district court entered final judgment against Plaintiffs on all counts and entered final judgment in favor of Defendants on their declaratory judgment counterclaims.

**Briefly describe the judgment/order appealed from:**

The district court entered final judgment denying correction of inventorship following a bench trial and entered summary judgment on Plaintiffs' conversion claim.

**Nature of judgment (select one):**    **Date of judgment:** 4/5/23

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain)                    _____

FORM 26. Docketing Statement                                                      Form 26 (p. 2)
                                                                                    July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.   ☑ None/Not Applicable

Issues to be raised on appeal:   ☐ None/Not Applicable

> Whether the district court erred in entering judgment denying correction of inventorship (including whether the district court erred in its trial and pretrial rulings), and whether the district court erred in entering summary judgment dismissing Plaintiffs' conversion count on the basis of preemption.

Have there been discussions with other parties relating to settlement of this case?
☑ Yes   ☐ No

If "yes," when were the last such discussions?
  ☐ Before the case was filed below
  ☑ During the pendency of the case below
  ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☐ Yes   ☑ No

If they were mediated, by whom?

n/a

Do you believe that this case may be amenable to mediation?   ☐ Yes   ☑ No

Explain.

Plaintiffs-Appellants are willing to participate in additional settlement discussions or mediation, but based on the substance and outcome of previous efforts, Plaintiffs-Appellants do not expect that additional mediation efforts would be helpful at this time.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

n/a

Date: 6/5/23            Signature: /s/ Benjamin T. Horton

                        Name: Benjamin T. Horton

Save for Filing