FORM 26. Docketing Statement | Form 26 (p. 1) July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 23-1922

**Short Case Caption:** Bearbox LLC v. Lancium LLC

**Filing Party/Entity:** Lancium LLC

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| District of Delaware | 21-cv-534-GBW | Civil (Patent) |

**Relief sought on appeal:** ☑ None/Not Applicable

**Relief awarded below (if damages, specify):** ☑ None/Not Applicable

**Briefly describe the judgment/order appealed from:**

Appellants BearBox LLC and Austin Storms appealed from the Final Judgment of Judge Gregory B. Williams of the District of Delaware, who found in in favor of Appellees Lancium LLC, Michael T. McNamarra, and Raymond E. Cline on Appellants' claims of correction of inventorship (sole and joint), trade secret misappropriation, conversion, unjust enrichment, and negligent misrepresentation.

**Nature of judgment (select one):**    **Date of judgment:** 4/5/23

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

FORM 26. Docketing Statement                                           Form 26 (p. 2)
                                                                          July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

Issues to be raised on appeal:  ☑ None/Not Applicable

Have there been discussions with other parties relating to settlement of this case?
☑ Yes   ☐ No

If "yes," when were the last such discussions?
- ☐ Before the case was filed below
- ☐ During the pendency of the case below
- ☑ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☐ Yes   ☑ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation?  ☐ Yes   ☑ No

Explain.

While Appellees remain willing to discuss settlement, they do not believe a settlement, mediated or otherwise, is likely given past settlement discussions between the parties.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 6/5/23            Signature: /s/ Mark C. Nelson

                        Name:       Mark C. Nelson

Save for Filing

FORM 30. Certificate of Service | Form 30
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 23-1922

**Short Case Caption** Bearbox LLC v. Lancium LLC

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 06/05/2023

by ☐ U.S. Mail  ☐ Hand Delivery  ☑ Email  ☐ Facsimile
   ☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Benjamin T. Horton | MARSHALL, GERSTEIN & BORUN LLP<br>233 S. Wacker Drive, 6300 Willis Tower<br>Chicago, IL 60606<br>bhorton@marshallip.com |
| John R. Labbe | MARSHALL, GERSTEIN & BORUN LLP<br>233 S. Wacker Drive, 6300 Willis Tower<br>Chicago, IL 60606<br>jlabbe@marshallip.com |
| Raymond R. Ricordati, III | MARSHALL, GERSTEIN & BORUN LLP<br>233 S. Wacker Drive, 6300 Willis Tower<br>Chicago, IL 60606<br>rricordati@marshallip.com |
| Chelsea M. Murray | MARSHALL, GERSTEIN & BORUN LLP<br>233 S. Wacker Drive, 6300 Willis Tower<br>Chicago, IL 60606<br>cmurray@marshallip.com |
| Andrew C. Mayo | Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899<br>amayo@ashbygeddes.com |

☐ Additional pages attached.

Date: 06/05/2023

Signature: /s/ Mark C. Nelson

Name: Mark C. Nelson