FORM 8A. Entry of Appearance                                        Form 8A (p.1)
                                                                    July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 23-1922

**Short Case Caption:** Bearbox LLC v. Lancium LLC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Defendants-Appellees Lancium LLC, Michael T. McNamara and Raymond E. Cline, Jr.

| **Principal Counsel:** | Admission Date: |
|---|---|
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** Adam M. Kaufmann | Admission Date: 6/16/2023 |
| Firm/Agency/Org.: Barnes & Thornburg LLP | |
| Address: One N. Wacker Drive, Suite 4400, Chicago, IL 60606 | |
| Phone: (312) 214-8319 | Email: adam.kaufmann@btlaw.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 6/22/23        Signature: /s/ Adam M. Kaufmann

                     Name:      Adam M. Kaufmann

FORM 30. Certificate of Service

Form 30
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 23-1922

**Short Case Caption** Bearbox LLC v. Lancium LLC

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 06/22/2023

by ☐ U.S. Mail  ☐ Hand Delivery  ☑ Email  ☐ Facsimile
   ☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Benjamin T. Horton | MARSHALL, GERSTEIN & BORUN LLP<br>233 S. Wacker Drive, 6300 Willis Tower<br>Chicago, IL 60606<br>bhorton@marshallip.com |
| John R. Labbe | MARSHALL, GERSTEIN & BORUN LLP<br>233 S. Wacker Drive, 6300 Willis Tower<br>Chicago, IL 60606<br>jlabbe@marshallip.com |
| Raymond R. Ricordati, III | MARSHALL, GERSTEIN & BORUN LLP<br>233 S. Wacker Drive, 6300 Willis Tower<br>Chicago, IL 60606<br>rricordati@marshallip.com |
| Chelsea M. Murray | MARSHALL, GERSTEIN & BORUN LLP<br>233 S. Wacker Drive, 6300 Willis Tower<br>Chicago, IL 60606<br>cmurray@marshallip.com |
| Andrew C. Mayo | Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899<br>amayo@ashbygeddes.com |

☐ Additional pages attached.

Date: 06/22/2023                Signature: /s/ Adam M. Kaufmann

                                Name: Adam M. Kaufmann