NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**BEARBOX LLC, AUSTIN STORMS,**
*Plaintiffs-Appellants*

v.

**LANCIUM LLC, MICHAEL T. MCNAMARA, RAYMOND E. CLINE, JR.,**
*Defendants-Appellees*

2023-1922

Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-00534-GBW-CJB, Judge Gregory Brian Williams.

**ON MOTION**

**O R D E R**

Upon consideration of BearBox LLC and Austin Storms' opposed motion for an extension of time, until August 25, 2023, to file the opening brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

July 13, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court