FORM 9. Certificate of Interest                                    Form 9 (p. 1)
                                                                   March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF INTEREST

**Case Number** 2023-1922

**Short Case Caption** Bearbox LLC v. Lancium LLC

**Filing Party/Entity** Defendants-Appellees LANCIUM LLC, MICHAEL T. MCNAMARA, RAYMOND E. CLINE, JR.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/04/2023         Signature: /s/ Mark C. Nelson

                         Name:      Mark C. Nelson

FORM 9. Certificate of Interest Form 9 (p. 2)
 March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Lancium LLC | | Lancium Inc.<br>SBI Crytpo Investment Company Ltd. |
| Michael T. McNamara | | |
| Raymond E. Cline, Jr. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐　Additional pages attached

FORM 9. Certificate of Interest                                   Form 9 (p. 3)
                                                                  March 2023

| **4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4). |||
| :--- | :--- | :--- |
| ☐  None/Not Applicable       ☑  Additional pages attached |||
| Barnes & Thornburg LLP | | |
| Mark C. Nelson of Barnes & Thornburg LLP | | |
| Adam M. Kaufmann of Barnes & Thornburg LLP | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑  Yes (file separate notice; see below)    ☐  No    ☐  N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

| **6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6). |||
| :--- | :--- | :--- |
| ☑  None/Not Applicable       ☐  Additional pages attached |||
| | | |
| | | |

**4. Legal Representatives (continued)**

Chad S.C. Stover of Barnes &Thornburg LLP
Darrick J. Hooker of Barnes &Thornburg LLP
Benjamin Pendroff of Barnes &Thornburg LLP
Dana Sarros of Barnes &Thornburg LLP
David M. Lisch of Barnes &Thornburg LLP
William Burton of Barnes &Thornburg LLP