FORM 9A. Notice of Related Case Information　　　　　　　　　　　　　　　　Form 9A (p. 1)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 2023-1922

**Short Case Caption** Bearbox LLC v. Lancium LLC

**Filing Party/Entity** Defendants-Appellees Lancium LLC, Michael T. McNamara, Raymond E. Cline, Jr.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Lancium LLC v. U.S. Data Mining Group, Inc., et al., Case No. 6:23-cv-00344-KC pending in the United States District Court for the Western District of Texas, Waco Division

OBM, Inc., et al. v. Lancium LLC, IPR2023-01407 pending before the United States Patent and Trademark Office

☐　　Additional pages attached

FORM 9A. Notice of Related Case Information   Form 9A (p. 2)
March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

---

U.S. Data Mining Group, Inc. (D/B/A US Bitcoin)

U.S. Mining Infrastructure Operations, LLC

U.S. Data King Mountain LLC

OBM, Inc.

Cholla Energy LLC

---

☐   Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

---

SCOTTHULSE, P.C.

Francisco J. Ortega

RAY PEÑA MCCHRISTIAN

Jeff H. Ray, Marisa Y. Ybarra-Williams

BARNES & THORNBURG LLP

Mark C. Nelson, Adam M. Kaufmann

WINSTON & STRAWN LLP

Krishnan Padmanabhan, Daniel T. Stabile, William M. Logan

---

☐   Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/04/2023

Signature: /s/ Mark C. Nelson

Name: Mark C. Nelson