No. 23-1922

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

BEARBOX LLC, AUSTIN STORMS,

*Plaintiffs - Appellants,*

v.

LANCIUM LLC, MICHAEL T. MCNAMARA, RAYMOND E. CLINE, JR.,

*Defendants - Appellees.*

Appeal from the United States District Court for the District of Delaware in Case No. 1:21-cv-00534, Judge Gregory B. Williams

## PLAINTIFFS-APPELLANTS' NOTICE OF CORRECTION FOR JOINT APPENDIX

Benjamin T. Horton
John R. Labbe
Raymond R. Ricordati, III
Chelsea M. Murray
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606
(312) 474-6300

*Counsel for Plaintiffs-Appellants
BearBox LLC and Austin Storms*

December 20, 2023

Plaintiffs-Appellants filed the Joint Appendix on November 20, 2023. When preparing to submit paper copies of the Joint Appendix, counsel for Plaintiffs-Appellants learned of several mistakes in the Joint Appendix including that some pages were not text searchable and some pages were inadvertently blank, possibly due to a PDF processing error when preparing the Joint Appendix for filing.

The following is a list of the pages corrected in the Corrected Joint Appendix filed herewith:

| Appx | Issue | Correction |
| --- | --- | --- |
| 2681 | missing image | page replaced |
| 2963 | blank | page replaced |
| 2964 | blank | page replaced |
| 2974 | blank | page replaced |
| 2975 | blank | page replaced |
| 2984 | blank | page replaced |
| 2985 | blank | page replaced |
| 2986 | blank | page replaced |
| 2995 | blank | page replaced |
| 2996 | blank | page replaced |
| 3005 | blank | page replaced |
| 3006 | blank | page replaced |
| 3007 | blank | page replaced |
| 3017 | blank | page replaced |
| 3018 | blank | page replaced |
| 3019 | blank | page replaced |
| 3028 | blank | page replaced |
| 3029 | blank | page replaced |
| 3030 | blank | page replaced |
| 5751 | blank | page replaced |
| 5753 | blank | page replaced |
| 5952 | blank | page replaced |
| 5953 | blank | page replaced |
| 5958 | blank | page replaced |

| Appx | Issue | Correction |
|---|---|---|
| 5965 | blank | page replaced |
| 6005 | blank | page replaced |
| 6006 | blank | page replaced |
| 6007 | blank | page replaced |
| 6008 | blank | page replaced |
| 6009 | blank | page replaced |
| 6010 | blank | page replaced |
| 6011 | blank | page replaced |
| 6012 | blank | page replaced |
| 6013 | blank | page replaced |
| 6014 | blank | page replaced |
| 6015 | blank | page replaced |
| 6016 | blank | page replaced |
| 6017 | blank | page replaced |
| 6018 | blank | page replaced |
| 6019 | blank | page replaced |
| 6020 | blank | page replaced |
| 6021 | blank | page replaced |
| 6104 | missing image & appendix stamp | page replaced |
| 6106 | missing image & appendix stamp | page replaced |

Date: December 20, 2023

Respectfully submitted,

 /s/ Benjamin T. Horton
Benjamin T. Horton
John R. Labbe
Raymond R. Ricordati, III
Chelsea M. Murray
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606
(312) 474-6300

*Counsel for Plaintiffs-Appellants*
*BearBox LLC and Austin Storms*