FORM 32. Response to Notice to Advise of Scheduling Conflicts     Form 32
                                                                   March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 2023-1922

**Short Case Caption:** BearBox LLC v. Lancium LLC

**Party Name(s):** Appellant BearBox LLC

**INFORMATION:** The court uses this form to determine whether and when to schedule cases for oral argument. Arguing counsel may be changed later, but a motion to reschedule is required once the court schedules argument. Please plan in advance to adhere to the limit on the number of arguing counsel in Fed. Cir. R. 34(e).

| | |
|---|---|
| **Argument Waiver** | ☐ My party intends to waive oral argument. |
| NOTE: Filers checking this box must still complete the below sections. **The court may still schedule this case for oral argument even if any party intends to waive argument.** If scheduled, parties may still elect to waive argument using the response to notice of oral argument form. | |
| **Other Parties Representing Interests** | |
| ☐ Counsel for another party will represent my party's interests at oral argument | |
| NOTE: If this box is checked, skip the remaining sections. Any argument date will be selected based on conflict dates for counsel arguing on behalf of your party. | |
| **Name of Expected Arguing Counsel** | Benjamin T. horton |
| **Dates Unavailable** | |
| Do you have dates of unavailability within the specific sessions identified by the court's Notice to Advise of Scheduling Conflicts in your case? | |
| ☒ Yes    ☐ No | |
| If yes, attach a separate sheet listing **up to ten dates** of unavailability and **include a statement showing good cause for each date**. Dates without good cause or that do not pertain to arguing counsel (e.g., client conflicts) will not be accepted. The court will only accept dates for one counsel and only if that counsel has filed an entry of appearance. The Clerk's Office will evaluate and note accepted or rejected conflict dates; counsel may contact the Clerk's Office about re-filing if dates are rejected. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | |

FORM 32. Response to Notice to Advise of Scheduling Conflicts             Form 32
                                                                          March 2023

**Potential Case Conflicts**

Are there other pending cases before this court (regardless of case status) in which expected arguing counsel in this case also expects to argue?

☐ Yes     ☑ No

If yes, attach a separate sheet listing those cases.

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 12/20/2023          Signature: /s/ Benjamin T. Horton

                          Name:      Benjamin T. Horton

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

ATTACHMENT TO
RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS
Form 32

Case Number: 23-01922

DATES OF UNAVAILABILITY

| Case Name and Number | Dates of Unavailability | Statement of Good Cause |
|---|---|---|
| *Certain Smart Ceiling Fans, Components Thereof, and Associated Systems and Software*; Inv. No. 337-TA-1374 | August 5-7, 2024 | Arguing counsel has a trial scheduled for this Investigation at the International Trade Commission in Washington, DC the week of July 29, 2024, through August 2, 2024.<br><br>Arguing counsel identifies the following Monday through Wednesday, August 5, 6, and 7, 2024 as a conflict to ensure that the ITC trial is completed in time for oral argument before this Court. In my experience, a one-week trial will sometimes extend an extra day or so into the following week. Allowing a buffer between trial and argument will ensure time for the trial to conclude and counsel to travel (as needed) and prepare for oral argument before this Court. |