# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ATTACHMENT TO
RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS
(Form 32)

Case Number: 23-01922

## DATES OF UNAVAILABILITY

| Case Name and Number | Dates of Unavailability | Statement of Good Cause |
|---|---|---|
| *Meridian Rapid Defense Group LLC v. Delta Scientific Corporation*; Case No. 2:23-cv-07222-GW-PD | May 8-10, 2024 | Arguing counsel has a Claim Construction Hearing scheduled for this patent litigation case on May 9, 2024 in California at 8:30 a.m.<br><br>It would be difficult for arguing counsel, who lives in Texas, to argue in this Court on either the 8th or the 10th due to travel issues and the 9th is a direct conflict. |
| N/A | May 27-31, 2024 | Arguing counsel has a scheduled several family events that week in connection with eldest son's graduation. |
| N/A | June 10-25, 2024 | Arguing counsel has a scheduled vacation and will be out of town and not reachable via electronic communications |
| *Video Solutions PTE. LTD. v. Cisco Systems, Inc.*; Case No. 2:23-cv-222-JRG | August 12-14, 2024 | Arguing counsel has a Claim Construction Hearing scheduled for this patent litigation case on August 13, 2024 in Marshall, Texas.<br>*[cont.]* |

1

|  |  | It would be difficult for arguing counsel, who lives in Dallas, Texas, to argue in this Court on either the 12th or the 14th due to travel issues and the 13th is a direct conflict. |
| --- | --- | --- |