# United States Court of Appeals for the Federal Circuit

---

**BEARBOX LLC, AUSTIN STORMS,**

*Plaintiffs-Appellants*

v.

**LANCIUM LLC, MICHAEL T. MCNAMARA, RAYMOND E. CLINE, JR.,**

*Defendants-Appellees*

---

2023-1922

---

Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-00534-GBW-CJB, Judge Gregory Brian Williams.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

January 13, 2025
Date

Jarrett B. Perlow
Clerk of Court